**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Francisco Imaicela-Vega,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-04546-PHX-DWL

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) On November 17, 2026, Respondents filed a Notice of Removal indicating Petitioner was removed from the United States on July 30, 2026. (Doc. 7.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 18th day of November, 2026.

Dominic W. Lanza
United States District Judge